UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUKHAMMADYUSUF SODIKOV(A-249-271-979),<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, California City Detention Center,<br><br>                    Respondent. | No.  1:26-cv-01720-DC-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 8) |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 8.  On April 18, 2026, Petitioner filed objections to the findings and recommendations, and Respondent filed a reply thereto.  ECF Nos. 9, 10.  Petitioner primarily objects to the magistrate judge's finding that "Petitioner was provided due process in connection with his re-detention" because he received a bond hearing. ECF No. 9 at 4.  However, Petitioner provides no evidence in support of his claim that the

1

immigration judge who presided over his bond hearing was biased against him or that she "blindly" followed Department of Homeland Security policy. *See id.* at 3. The record currently before the court shows that the immigration judge found, in the alternative, Petitioner failed to demonstrate he is not a danger to the community because Petitioner did not provide any information regarding his recent arrest for solicitation for the immigration judge to consider. *See* ECF No. 7-1 at 1. Accordingly, the court finds no basis upon which to reject the findings and recommendations. *See* ECF No. 7-1 at 1.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are ADOPTED in full;

2. The petition for writ of habeas corpus (ECF No. 1) is DENIED;

3. The Clerk of the Court is directed to enter judgment in favor of Respondent and close this case.

IT IS SO ORDERED.

Dated:  __**May 6, 2026**__

_____
Dena Coggins
United States District Judge

---

[1] A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. See 28 U.S.C. § 2253; Harrison v. Ollison, 519 F.3d 952 (9th Cir. 2008).

2